FILED

2004 NOV 29 P 1: 43

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V. | : 3:00CR00109(PCD) |
| RICHARD WAYNE LIVELY | : NOVEMBER 22, 2004 |

### WAIVER OF SPEEDY SENTENCING

I, **RICHARD WAYNE LIVELY**, the Defendant in the above-entitled action, having waived my rights under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq, and the Local Speedy Trial Plan for the District of Connecticut, and agree that my sentencing currently scheduled for December 16, 2004 can be continued until January 11, 2005.

_____
RICHARD WAYNE LIVELY

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 26th day of November, 2004 to: Asst. U.S. Attorney Michael J. Gustafson, U.S. Attorney's Office, 157 Church Street, New Haven, CT 06510 and Sandra L. Hunt, U.S. Probation Officer, U.S. Probation Office, Connecticut Financial Center, 157 Church St., 22nd fl., New Haven, CT 06510.

_____
FRANK J. RICCIO