UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | DOCKET NO. 3:00CR109(PCD) |
| V. | : | |
| | : | DECEMBER 13, 2004 |
| RICHARD WAYNE LIVELY | : | |

## MOTION TO SEAL

Pursuant to Local Rule of Criminal Procedure 57(b), counsel for the undersigned is respectfully requesting this Court to order sealed the attached "Defendant's Memorandum in Aid of Sentencing" due to references to the Defendant's cooperation with the Government which is relevant to his ultimate sentencing.

RESPECTFULLY SUBMITTED,
RICHARD WAYNE LIVELY

By  /s/  Frank J. Riccio                .
   FRANK J. RICCIO
   LAW OFFICES FRANK J. RICCIO LLC
   923 EAST MAIN STREET
   P.O. BOX 491
   BRIDGEPORT CT 06601-0491
   Fed Bar #CT 00148
   (203) 333-6135 (phone)
   fricciojd@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this the 13th day of December, 2004 to Michael J. Gustafson, Esq., Assistant United States Attorney, 157 Church Street – 23rd Floor, New Haven, CT 06510 and Sandra Hunt, United States Probation Officer, Office of United States Probation, 157 Church Street – 23rd Floor, New Haven, CT 06510

By  /s/  Frank J. Riccio                .
   FRANK J. RICCIO
   LAW OFFICES FRANK J. RICCIO LLC

1