ATTY RICCIO         Fax:12033336190      Jan 10 2005  14:59      P.02

FILED

2005 JAN 12 P 1:30

U.S. DISTRICT COURT
NEW HAVEN, CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :

V.                              :   3:00CR00109(PCD)

RICHARD WAYNE LIVELY            :   JANUARY 11, 2005

### WAIVER OF SPEEDY SENTENCING

I, RICHARD WAYNE LIVELY, the Defendant in the above-entitled action, having waived my rights under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. and the Local Speedy Trial Plan for the District of Connecticut, and agree that my sentencing currently scheduled for January 18, 2005 can be continued until February 28, 2005.

RICHARD WAYNE LIVELY

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 11th day of January, 2005 to: Asst. U.S. Attorney Michael J. Gustafson, U.S. Attorney's Office, 157 Church Street, New Haven, CT 06510 and Sandra L. Hunt, U.S. Probation Officer, U.S. Probation Office, Connecticut Financial Center, 157 Church St., 22nd fl., New Haven, CT 06510.

FRANK J RICCIO