UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AMENDED Sentencing Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

February 28, 2005

**9:00 A.M.**


**PLEASE NOTE: Corrected Time**


REMEMBER A SPECIAL ASSESSMENT ON EACH COUNT OF CONVICTION MUST BE PAID AT THE TIME OF SENTENCING.

CASE NO.   3-00-cr-109 (PCD)   USA v. Richard Wayne Lively

COUNSEL OF RECORD:

| | |
|---|---|
| Michael Gustafson, AUSA | U.S. Attorneys Office, 157 Church St., New Haven, CT 06510  203-821-3700 |
| Frank J. Riccio, Esq. | P.O. Box 491, Bridgeport, CT 06601  203-333-6135 |
| Sandra Hunt, USPO | U.S. Probation Office  157 Church St., New Haven, CT 06510  203-773-2100 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK