**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **V.** | ; NO. 3:00CR109(PCD) |
| **RICHARD WAYNE LIVELY** | : FEBRUARY 14, 2005 |

### MOTION FOR PAYMENT OF TRANSPORTATION SERVICES

Pursuant to 18 U.S.C. Section 4282 and Section 4285, the Defendant, Richard Wayne Lively, respectfully requests the Court to direct the United States Marshal Service to furnish the fare for Defendant's one-way air transportation from Phoenix, Arizona to Hartford, Connecticut, on February 27, 2005 on Southwest Airlines.

The Defendant was originally scheduled to be sentenced on January 11, 2005 and prepaid and lost his non-refundable fare of $234.60 when said schedule was changed.

The cost for the current ticket is $325.00 round-trip and the Defendant requests reimbursement for ½ the cost thereof.

Annexed hereto is the itinerary for the original trip of January 10, 2005, as well as the bill and itinerary for the current trip of February 27, 2005.

                                    THE DEFENDANT
                                    RICHARD WAYNE LIVELY

                                    By /s/ Frank J. Riccio                   .
                                         FRANK J. RICCIO
                                         LAW OFFICES OF FRANK J. RICCIO LLC
                                         P.O. BOX 491
                                         BRIDGEPORT CT 06601-0491
                                         Fed Bar #CT 00148
                                         (203) 333-6135 (phone)
                                         (203) 333-6190 (fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 14th day of February, 2005 to: Asst. U.S. Attorney Michael J. Gustafson, U.S. Attorney's Office, 157 Church Street, New Haven, CT 06510 and Sandra L. Hunt, U.S. Probation Officer, U.S. Probation Office, Connecticut Financial Center, 157 Church Street, 22nd fl., New Haven, CT 06510.

                                        By /s/ Frank J. Riccio                  .
                                           FRANK J. RICCIO
                                           LAW OFFICES FRANK J. RICCIO LLC