**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CASE NO. 3:00CR109 (PCD) |
| | : | |
| RICHARD WAYNE LIVELY | : | |

**ENDORSEMENT ORDER**

The Motion for Payment of Transportation Services, document no. 21, is DENIED. 18 U.S.C. § 4282 is not applicable. Defendant has been indicted, he has been convicted, and he is not detained. Further, it applies to transportation from the place of release to his residence, not from the latter back to Court.

18 U.S.C. § 4285 is not satisfied for want of a showing of defendant's financial inability to provide his own transportation. Further, while defendant was not responsible for the rescheduling of his January 11, 2005 sentencing, it was arranged that his sentencing could go forward on that date, but he declined to have his sentencing go before another judge. When that declination was disclosed, the undersigned arranged to conduct the sentencing, but by that time, defendant had not started his trip to Connecticut and had told his employer he was available for work. Thus, defendant bears some responsibility for the rescheduling and reimbursement is not merited.

SO ORDERED. Dated at New Haven, Connecticut, this 22nd day of February, 2005.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court