## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

      V.                                                            CASE NO. 3:00 CR 109 (PCD)

RICHARD WAYNE LIVELY

## AMENDED JUDGMENT

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on March 1, 2005 be amended as follows:

    **"Random urine testing & monitoring is hereby waived."**

In all other respects the Judgment & Order of Commitment entered by this Court on March 1, 2005 remains the same.

It is So Ordered.

Dated at New Haven, Connecticut, this 26th day of April, 2005.

                          /s/
                          Peter C. Dorsey, Senior Judge
                          U.S. District Court